Docket No. 13-4334

---

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

UNITED STATES

*Appellee,*

v.

ELLISON LAKELL COOPER,

*Appellant.*

_____

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

_____

**MOTION FOR EXTENSION OF TIME**

_____

TRACEY C. GREEN
**WILLOUGHBY & HOEFER, P.A.**
PO Box 8416
Columbia, SC 29202-8416
803-252-3300

*Counsel for Appellant*

Pursuant to Federal Rule of Appellate Procedure 26(b), counsel for appellant Ellison Lakell Cooper respectfully moves this Court for an extension of time in which to file the Brief of Appellant and the Joint Appendix. I am authorized to state that Alfred W. Bethea, Jr., Assistant United States Attorney, has no objection to the granting of this request for an extension. In support of this Motion, Appellant states as follows:

1. The Brief of Appellant and Joint Appendix currently are due to be filed August 1, 2013.

2. Counsel for Appellant requests an extension of time of 30 days to file the Brief of Appellant and Joint Appendix due to continuing work schedule conflicts.

3. Counsel for Appellant also needs additional time to further review the transcript and the record and evaluate the pertinent legal issues based upon his recent discussions with the Defendant, and to further confer with the Defendant, who presently is imprisoned in a federal penitentiary.

4. If the Court grants this request, Counsel for Appellant calculates that Appellant will have until September 3, 2013 in which to file the Brief of Appellant and Joint Appendix because the 30-day period expires on Saturday, August 31, 2013 and because Monday, September 2, 2013 is Labor Day and a federal holiday. Thus, pursuant to Federal Rule of

1

Appellate Procedure 26(a)(1)(C), the brief would be due on September 3, 2013, which is the next succeeding day "that is not a Saturday, Sunday, or legal holiday."

5. This is the first request for an extension by Appellant.

6. As previously stated, Alfred W. Bethea, Jr., Assistant United States Attorney, states that he has no objection to the granting of this request for an extension.

7. Counsel for Appellant therefore respectfully requests that this Court grant this Motion and extend the time for filing the Brief of Appellant and Joint Appendix until September 3, 2013.

                    Respectfully submitted,

                    s/ Tracey C. Green
                    **WILLOUGHBY & HOEFER, P.A.**
                    P.O. Box 8416 (930 Richland Street)
                    Columbia, SC  29202 (29201)
                    (803) 252-3300
                    tgreen@willoughbyhoefer.com

                    Counsel for Ellison Lakell Cooper

Columbia, South Carolina
July 10, 2013